■ In the Matter of the Arbitration between ISAAC BENNETT and JACK SOBEL et al. JACK SOBEL, in Behalf of Himself as Limited Partner and General Partner of Great River Country Club Associates and Other Limited Partners Similarly Situated, Appellant; JOHN M. BESS et al., Respondents.—

Concur — Stevens, P. J., Eager, McGivern, Nunez and Steuer, JJ.